No. 354. THE UNITED STATES EX REL. FREDERICK BROWN, APPELLANT, *v.* FREDERICK A. COOKE, SUPERINTENDENT OF THE COUNTY PRISON AT PHILADELPHIA. Appeal from the United States Circuit Court of Appeals for the Third Circuit.  Motion to dismiss or affirm submitted June 14, 1914.  Decided June 21, 1915.  *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of § 241, Judicial Code; *Whitney* v. *Dick,* 202 U. S. 132; *Lau Ow Bew* v. *United States,* 144 U. S. 47, 58; *Kurtz* v. *Moffitt,* 115 U. S. 487, 498.  *Mr. G. Edward Dickerson* for the appellant.  *Mr. Thomas H. Peeples* and *Mr. Fred H. Dominick* for the appellee.

---

*Decisions on Petitions for Writs of Certiorari from January 12, 1915, to June 21, 1915.*

No. 725. CHARLES E. HOUSTON ET AL., PETITIONERS, *v.* THE UNITED STATES.  January 18, 1915.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Samuel H. Pyles, Mr. James B. Howe, Mr. Wickliffe B. Stratton, Mr. Alexander Britton, Mr. Evans Browne* and *Mr. Francis W. Clements* for the petitioners.  *The Attorney General,*